# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A U.S. Postal Service Priority Mail Express<br>parcel bearing tracking number EI 459 084 942<br>US more fully described in Attachment A,<br>attached hereto. | ) ) ) ) ) ) ) )  Case No.  1:22-sw-00877-SKC |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

located in the ___State and___ District of ___Colorado___, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) | Distribution and Possession with Intent to Distribute a Controlled Substance |
| 21 U.S.C. § 843(b) | Unlawful Use of a Communication Facility |

The application is based on these facts:

**X**  Continued on the attached affidavit, which is incorporated by reference.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/David Wiggins*
_____
David Wiggins, United States Postal Inspector
*Printed name and title*

Sworn to before me and:  ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: ___07/25/2022___

_____
*Judge's signature*

City and state: ___Denver, CO___     S. KATO CREWS, MAGISTRATE JUDGE
*Printed name and title*

## ATTACHMENT A

### DESCRIPTION OF LOCATION TO BE SEARCHED

The SUBJECT PARCEL is described as follows: One USPS Priority Mail Express parcel bearing USPS Priority Mail Express tracking number EI 459 084 942 US, addressed to "James Moore, 7408 W 84th Way APT 1204, Arvada CO 80003" with a return address "Troy Williams, 8752 W Superior Ave, Tolleson AZ 85353". The SUBJECT PARCEL is further described as a USPS Large Priority Mail Flat Rate Box, measuring approximately 12.25″ x 12″ x 6″ and weighing approximately 5 pounds and 4 ounces.  The SUBJECT PARCEL was postmarked from Phoenix, AZ 85018 on July 19, 2022, and contains $56.60 in postage.  The SUBJECT PARCEL is currently stored in a secure locked cabinet at the USPIS Headquarters located in Denver, CO.

## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

The items to be seized from the Subject Parcel, as further described in Attachment A, are evidence, contraband, fruits, and instrumentalities of a violation of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and or 843(b) (unlawful use of a communication facility), namely the following:

1. Cocaine, Methamphetamine, Heroin, any derivatives of the same, or any other illegally possessed controlled substances;

2. United States currency or financial instruments;

3. Items of personal property inside the Priority Mail Express package which tend to identify the person(s) in possession, control or ownership of the parcel that is the subject of this warrant or the items listed above;

4. Any associated packaging.

Upon examination of the contents of the Subject Parcel, the executing U.S. Postal Inspector is authorized to document the contents of the parcel through means including, but not limited to, photographing and photocopying its contents and seizing the internal packaging material which will then be replaced it with similar packaging material.  The U.S. Postal Inspector may then cause the Subject Parcel to be delivered to the intended recipient.

However, if the parcel contains controlled substances, then they will be removed and seized, along with any other items enumerated herein.

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, David Wiggins, after being duly sworn, hereby depose and state as follows:

## PURPOSE OF APPLICATION:

1. This affidavit is submitted for the limited purpose of securing a warrant to search a United States Postal Service (USPS) Priority Mail Express parcel bearing USPS tracking number EI 459 084 942 US, addressed to "**James Moore, 7408 W 84th Way APT 1204, Arvada CO 80003**" as further described in Attachment A, for evidence, fruits, and instrumentalities of violations of: 21 U.S.C. § 841(a) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 21 U.S.C. § 843(b) (Unlawful Use of a Communication Facility) (collectively referred to herein as the "Subject Offenses"), as further described in Attachment B. Both Attachments are affixed hereto and incorporated herein by reference.

## INTRODUCTION AND AGENT BACKGROUND

2. I am a United States Postal Inspector and have been so employed since February 2017, during which time I underwent a 12-week Basic Postal Inspector Training Academy at the United States Postal Inspection Service Career Development Unit located in Potomac, MD. Upon completion of the 12-week Basic Postal Inspector Training Academy, I was assigned to the United States Postal Inspection Service (USPIS) Denver Division. My primary criminal investigative responsibilities include investigations relating to crimes against the U.S. Mails, specifically violations of Title 21, United States Code, Section 841, Prohibited Controlled Substances Distributions. I have conducted and participated in numerous criminal investigations of individuals involved in illegal activities for possible violations of United States Code and related laws. During the course of my employment, I have conducted investigations utilizing surveillance techniques, interviewing third parties, executing search warrants and securing seized evidence.

My training and experience includes identifying packages with characteristics indicative of criminal activity. Since November 2021, I was assigned to the United States Postal Inspection Service (USPIS) Denver Division, specifically to the Contraband Interdiction and Investigations (CI2) team in Denver, Colorado, which is responsible for investigating narcotics violations involving the United States mail. My responsibilities include the detection and prevention of the transportation of narcotics/controlled substances through the United States mail, to include, conducting narcotics investigations and executing arrests of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Commission of a Federal Drug Felony) and 846 (Conspiracy to Distribute a Controlled Substance). Part of my training as a Postal Inspector included narcotics trafficking investigative techniques related to the identification and detection of controlled substances being transported in the United States mail.

3. Prior to my employment with the United States Postal Inspection Service, I was employed as a commissioned police officer and investigator with the Lincoln Police Department in Lincoln, Nebraska between December 2007 and February 2017. During my employment with the Lincoln Police Department, I worked as a patrol officer and also an Investigator in the Technical Investigations Unit, which primarily investigated financial crimes. As a patrol officer, I also regularly investigated crimes involving illegal narcotics.

4. I have received training in the investigations of illegal narcotics. I have investigated numerous felony and misdemeanor criminal cases. I have participated in investigations of individuals and organizations for violations of federal and state narcotics laws, conducted and participated in surveillance, and have participated in investigations that included the interception of wire and electronic communications. I have executed search and seizure warrants where assets, documents, records, and controlled substances have been located and seized. I also have had

experience in debriefing defendants, participant witnesses, informants, and other persons who have personal knowledge of the distribution of controlled substances.

5.  Based on this training and experience, I am familiar with current drug trends, including smuggling, packaging, concealment techniques, common drug language, conspiracy techniques, including the use of cellular and digital communications devices, common weights and measurements, and drug identification.

6.  The information contained within this affidavit is based on my training and experience, as well as information relayed to me by other law enforcement officers involved in this investigation. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

7.  I know, based on my experience and the experience of other law enforcement officers with whom I have worked, that the USPS is frequently used by drug traffickers to ship controlled substances and proceeds from the sales of those controlled substances. Drug traffickers use the USPS because of its speed, reliability, and low cost, and because they believe there is a minimal chance that the USPS will find illegal drugs sent through the mail. Drug traffickers also prefer the USPS because the packages they send can be assigned a tracking number, which allows them to confirm the location of their package via a toll-free number or the USPS's website.

8.  Based on my experience, training, and discussions with other law enforcement officers experienced in controlled substance investigations, USPS packages containing controlled substances or money relating to controlled substances often fit a common profile, which is derived from the methods used by shippers to balance their competing needs to ensure that their packages are reliably delivered, but also to ensure that the presence of controlled substances or cash is not

easily discovered by the authorities or third parties. Some of the most common indicators that a package is being used in a controlled substances transaction are listed below.

   a. It is a common practice for the shippers of the controlled substances and/or proceeds to use Priority Mail Express and Priority Mail because the drugs or proceeds arrive faster and on a predictable date. These mail services also allow shippers to keep track of their shipments. With regard to Priority Mail Express parcels, shippers pay for the benefit of being able to confirm the delivery of the parcel by checking the U.S. Postal Service Internet Website and/or calling the local post office for the guaranteed delivery date.

   b. Packages with controlled substances or U.S. currency typically contain a fictitious return address, no return address, similar or the same names, missing or incomplete address information, the same return address as the one listed for the addressee, or a return address that does not correspond to the neighborhood from which the package was mailed. These packages are also sometimes addressed to or from a commercial mail receiving agency ("CMRA") (i.e., UPS Store, Etc.). Drug traffickers use these methods to hide from law enforcement the true identity of the person(s) shipping and/or receiving the controlled substances.

   c. Drug traffickers using the USPS to mail controlled substances or U.S. currency will often make payment for the mailing with cash rather than credit or debit card. The use of cash allows the people involved in the transaction to remain anonymous and avoid detection by law enforcement.

   d. When a shipper mails controlled substances, the proceeds from the sale of these controlled substances may be returned to the shipper. These proceeds are commonly sent in the form of U.S. currency. Based on my experience and discussions with other law enforcement agents, shipments containing controlled substances are sent from states where drugs are commonly produced — California, Colorado, Oregon, and Washington are four of the most popular — and U.S. currency is sent back to those drug-producing states from elsewhere. In Colorado, for

example, state law provides for the lawful possession of marijuana and marijuana-infused products for personal use, the distribution of such to individuals for personal use and the growing or manufacture of such products for distribution to individuals for personal use.  Because of this legality, persons within Colorado occasionally make purchases of such products legally for personal use and thereafter take the products purchased and place the products into packaging for the interstate shipment of marijuana from Colorado to other places, which is a violation of federal controlled substances laws.

      e.      In order to conceal from trained dogs the distinctive smell of controlled substances, or U.S. currency that has been exposed to controlled substances, persons who ship such products often cause the packages containing these substances to be wrapped excessively in bubble-pack and wrapping plastic.  The seams of such packages are also often sealed with tape to attempt to contain any odors within the packages.  Furthermore, they are often packaged so that a smaller parcel containing controlled substances is sealed around the seams, wrapped, and placed inside a larger package.  Sometimes perfumes, coffee, dryer sheets, tobacco or other substances with their own distinct smell are used to mask the odor of the controlled substances being shipped.  Recently, law enforcement has discovered a trend in which the controlled substances were put into plastic baggies that were then either vacuum sealed or heat sealed.  Another popular recent trend is for the controlled substances to be placed into re-sealed aluminum cans.

      9.      I know from training and discussions with other law enforcement officers that the following controlled substances are likely to be found during successful parcel interdictions: marijuana, methamphetamine, cocaine, LSD, psilocybin mushrooms, heroin, opium, Oxycodone, fentanyl and MDMA, as well as the proceeds from the sales of these controlled substances.

      10.      I know from training and discussions with other law enforcement officers that these parcels sometimes contain information and documentation related to the sales and distribution of controlled substances.  The documentation can include, but is not limited to, information and

instructions on the breakdown and distribution of the controlled substances at the destination, information on the use and effects of the various controlled substances, the quality of the controlled substances, information on the actual sender, and information and instructions for ordering future controlled substances.

11. In this search warrant application, I seek this Court's authority to search the SUBJECT PARCEL, which is described in greater detail in ATTACHMENT A, for the following items, identified in ATTACHMENT B.

12. I also seek the Court's permission for the United States Postal Inspector conducting the search to document the contents of the parcel through means including, but not limited to, photographing and photocopying its contents, and then re-packaging the Subject Parcel and causing it to be delivered to the intended recipient. I also seek the Court's permission for the United States Postal Inspector conducting the search to seize the internal packaging material and replace it with similar packaging material. I will submit the original packaging material for fingerprint analysis and/or DNA comparison. However, if the parcel contains controlled substances, they will be removed and seized, along with any other items enumerated herein.

## RELEVANT FACTS PERTAINING TO THE INVESTIGATION

13. Based on my training, experience, and the collective experiences related to me by other Postal Inspectors on the CI2 team who specialize in investigations relating to the mailing of controlled substances and the proceeds from the sale of controlled substances, I am aware that the State of Colorado is a source location for controlled substances that are regularly mailed to the various locations and the proceeds from the sales of controlled substances are frequently returned to Colorado, via USPS Priority Mail Express and Priority Mail. Based on this information, investigators routinely conduct parcel examinations and USPS database queries for outbound parcels addressed from the State of Colorado, in addition to, inbound parcels addressed to the State

of Colorado that exhibit some of the characteristics detailed above of parcels suspected of containing controlled substances and/or the proceeds from the sale of controlled substances.

14. Based on postal database queries, investigators identified the following address: 7408 W 84th Way Apt 1204, Arvada, CO 80003 (the "Arvada address"). The postal database queries revealed that, prior to the SUBJECT PARCEL, four (4) Priority Mail Express mailings from the state of Arizona were previously delivered to the 'Arvada address" between March 2022 and July 2022. Those parcels contained postage ranging from $51.00 to $73.50 and weighed 4 pounds and 4 ounces, 8 pounds and 4 ounces, 6 pounds and 14 ounces, and 5 pounds and 11 ounces, respectively. The postage on two of those parcels was paid in all cash during different transactions on March 31, 2022 and July 14, 2022. The other two parcels were paid for with a combination of cash and a debit card, and they were mailed together during the same transaction on June 8, 2022. That transaction also included a third Priority Mail Express parcel that was mailed to a different address at 4804 Chandler Ct, Denver, CO 80239 (the "Denver address"), and the total postage paid for all three parcels during that transaction was $192.35. Additional postal database inquiries indicated that the "Denver address" has received two (2) Priority Mail Express mailings from the state of Arizona between May 11, 2022 and June 8, 2022. Each parcel weighed 4 pounds and 15 ounces and 5 pounds and 15 ounces, with postage of $51.00 and $56.60. All of the mailings to the "Arvada address" and the "Denver address" that were identified above, originated in either Phoenix, AZ or Tempe, AZ.

15. Additional inquiries through CLEAR and law enforcement databases revealed that a male party named "Robert Ross" has been associated with the "Denver address" as recently as May 25, 2022. Ross has a history of narcotics related contacts, including an incident with the Lakewood Police Department on February 7, 2022. During that incident, Ross and another passenger were contacted inside of a vehicle. During a subsequent search of that vehicle, a large quantity of cash was located along with a suspected fentanyl pill.

## RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

16. On July 20, 2022, I became aware of the SUBJECT PARCEL. The parcel was addressed to be delivered to "James Moore, 7408 W 84th Way APT 1204, Arvada CO 80003". On July 20, 2022, U.S. Postal Inspectors responded to the USPS Indian Tree Station in Arvada, CO, and located the SUBJECT PARCEL for further examination.

17. The SUBJECT PARCEL is described as follows: One USPS Priority Mail Express parcel bearing USPS Priority Mail Express tracking number EI 459 084 942 US, addressed to "James Moore, 7408 W 84th Way APT 1204, Arvada CO 80003" with a return address "Troy Williams, 8752 W Superior Ave, Tolleson AZ 85353". The SUBJECT PARCEL is further described as a USPS Large Priority Mail Flat Rate Box, measuring approximately 12.25″ x 12″ x 6″ and weighing approximately 5 pounds and 4 ounces. The SUBJECT PARCEL was postmarked from Phoenix, AZ 85018 on July 19, 2022, and contains $56.60 in postage. The SUBJECT PARCEL is currently stored in a secure locked cabinet at the USPIS Headquarters located in Denver, CO.

18. By querying the CLEAR[1] and postal databases, I learned the "Arvada address" is an existing, deliverable address recognized by the USPS. However, the name "James Moore" does not associate with the address. Pursuant to my training and personal experience, I am aware that drug traffickers who utilize the USPS to send and receive illegal narcotics and the proceeds from the sale of illegal narcotics, often use fictitious or inaccurate names which are not associated to the delivery address on a USPS parcel in an effort to disassociate themselves from a parcel containing such items.

---

[1] The CLEAR is a law enforcement database that associates addresses and telephone numbers to individuals and business entities. The CLEAR database is created from credit reports, law enforcement reports, utility records and other public records.

19. During a query of the same databases, I learned the return address: 8752 W Superior Ave, Tolleson, AZ 85353 (the "Arizona address") is an existing address recognized by the USPS. However, the name "Troy Williams" does not associate to that address. I am aware pursuant to my training and personal experience, that drug traffickers who utilize the USPS to send and receive illegal narcotics and the proceeds from the sale of illegal narcotics, often use fictitious or inaccurate names which are not associated to the return or delivery address on a USPS parcel in an effort to disassociate themselves from a parcel containing such items.

20. An inquiry of postal databases revealed that the SUBJECT PARCEL's postage was paid with cash at the USPS Phoenix Arcadia Station in Phoenix, AZ 85018 on July 19, 2022, at approximately 4:00 p.m. I am aware, pursuant to my training and personal experience, that drug traffickers utilizing the USPS to mail controlled substances and/or U.S. currency as the payment for controlled substances, will often make payment for the mailing with cash rather than credit or debit card. The use of cash allows the individual(s) involved in the transaction to remain anonymous and avoid detection by law enforcement.

21. On July 20, 2022, at approximately 12:33 pm, I received a call from management at the USPS Indian Tree Station in Arvada, CO, because a male party that only identified himself as "Bob" had called inquiring about why the SUBJECT PARCEL was showing that it could not be delivered in the USPS tracking parcel tracking system. The caller provided a phone number of (720) 654-3873. At approximately 12:59 pm, I called "Bob" at that phone number, but only identified myself as a U.S. Postal Service employee. He identified himself as "Bob Turner" and stated that he was calling for his friend, "James Moore", who was the name listed on the destination address. "Bob" stated that "James" was at work and could not call about the parcel himself. When asked what the parcel contained, "Bob" stated that "James" told him that his "baby mama" had ordered baby formula. "Bob" was unable to provide any information for this female and stated that he didn't know her name or where the SUBJECT PARCEL would have been shipped from. I

asked "Bob" what his address was since he was the person calling about the SUBJECT PARCEL, but he would not provide that address.

22. Based on the phone conversation that I had with "Bob", I believe that the caller was being deceptive about the true nature of the SUBJECT PARCEL. "Bob" was unable to provide any information about where the SUBJECT PARCEL was being sent from and was also unable to provide a name or any other information about the "baby mama" for his friend "James Moore", to whom the parcel was addressed. "Bob" also declined to provide his own address on the phone and hesitated several times when I asked him questions about the parcel and the intended recipients.

23. On July 20, 2022, I seized the SUBJECT PARCEL, which was stored in a manner to protect and preserve the original condition of the parcel.

## CANINE EXAMINATION OF THE SUBJECT PARCEL

24. On July 20, 2022, I presented the SUBJECT PARCEL to the Denver Police Department for external examination by drug detection K-9 "Tucker". This examination was conducted within the confines of the United States Postal Inspection Service Denver Division Headquarters. Prior to placing the SUBJECT PARCEL for examination, Detective/Canine Handler Tobin instructed K9 "Tucker" to conduct an examination of the area, which included parcels which did not contain any controlled substances or narcotics, to determine whether any there were any odors of narcotics/controlled substances present. Detective/Canine Handler Tobin advised that this examination revealed negative results.

25. At approximately 2:12 p.m., Detective/Canine Handler Tobin advised that K9 "Tucker" did not exhibit any change in behavior during the external examination of the SUBJECT PARCEL and there was no "alert" consistent with the presence of the odor of a narcotic/controlled substance that K9 "Tucker" is trained to recognize. However, Detective/K9 Handler Tobin advised me that K9 "Tucker" is not trained or certified to detect U.S. Currency or synthetic opioids, such as fentanyl or Xanax, due to safety concerns associated with this training.

## QUALIFICATIONS OF DETECTIVE TOBIN AND K-9 "TUCKER"

26.     Detective/K9 Handler Tobin has been employed by the City and County of Denver as a Police Officer since October 2007 working as a Narcotics Detective since May of 2012. In January of 2016, Detective/K9 Handler Tobin was assigned to the Denver Police Department's Vice/Narcotics Bureau as a Narcotics K9 Handler with the Narcotics Interdiction Team. Detective/K9 Handler Tobin completed the Denver Police Department's Narcotic K9 Handler Training Course and was approved as a K9 Handler by Detective Don Brannan. Detective/K9 Handler Tobin completed the Utah POST Narcotics Detector Dog Handler Program and was certified through that program on November 12, 2017. Detective/K9 Handler Tobin was recently assigned to K9 "Tucker" and they have completed the Denver Police Department's Narcotics K9 Training Program. K9 "Tucker" and Detective/K9 Handler Tobin were certified by the Colorado Police Canine Association for the detection of the odors of Cocaine, Methamphetamine and Heroin on July 26, 2019, July 1, 2020 and July 21, 2021 . K9 "Tucker" and Detective/K9 Handler Tobin were certified by Utah POST for the detection of Cocaine, Methamphetamine and Heroin on December 20, 2019 and were re-certified on December 15, 2021. K9 "Tucker" and Detective/K9 Handler Tobin continually train in the odors of Cocaine, Methamphetamine and Heroin.

27.     Although the K-9 did not positively alert to the SUBJECT PARCEL, I respectfully submit that there is probable cause to believe that it contains the items as enumerated in Attachment B. I base this belief on the follow circumstances:

   a) Recent investigations reveal that smugglers are becoming increasingly sophisticated at masking odors associated with controlled substances. It appears that this

has been done in the present matter because the SUBJECT PARCEL is tightly packed, which is a common method used by smugglers to conceal the contents inside of a parcel;

b) K9 "Tucker" is not trained or certified to detect U.S. Currency or synthetic opioids, including fentanyl, due to safety concerns for the K9 associated with this training;

c) On June 8, 2022, two additional parcels were mailed from the state of Arizona to the "Arvada address". A third parcel was mailed to the "Denver address" during that same transaction. A query of CLEAR and law enforcement databases indicated that "Robert Ross" is associated with the "Denver address". During a recent incident with law enforcement, Ross was contacted inside of a vehicle that contained a fentanyl pill and a large quantity of money. Fentanyl pills would not be detected by K9 "Tucker" due to safety concerns associated with training on synthetic opioids;

d) The name listed on the return address for the SUBJECT PARCEL does not associate with that address based on a CLEAR database query;

e) The name listed on the destination address for the SUBJECT PARCEL does not associate with that address based on a CLEAR database query;

f) The SUBJECT PARCEL was paid for with cash and was mailed from a postal facility with a different zip code than the return address that was listed;

g) The person that called inquiring about the SUBJECT PARCEL that identified himself as "Bob" appeared to be deceptive on the phone when he was asked questions about the SUBJECT PARCEL and the recipient;

h) Robert Ross has a history with possession of fentanyl pills and he is associated with the related "Denver address". In June 2022, during the same transaction, three parcels were all mailed together from the state of Arizona, including two parcels that were sent to the "Arvada address" and one parcel that was sent to the "Denver address"; and

    i) Prior to the SUBJECT PARCEL, the "Arvada address" has received four (4) other USPS Priority Mail Express parcels with similar weights from Phoenix, AZ and Tempe, AZ.

## CONCLUSION

28. I respectfully request that this affidavit, which describes an ongoing covert investigation, and any resulting search warrant be **RESTRICTED** until further order of the Court in order to avoid premature disclosure of the investigation, guard against the flight of fugitives, and better ensure the safety of agents and others, except that copies of the warrant in full or redacted form may be maintained by the United States Attorney's Office, and may be served on Postal Inspectors and other investigative and law enforcement officers of the United States Postal Inspection Service, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the warrant.

  WHEREFORE, based upon the foregoing, there is probable cause to believe that the items listed above, and identified in ATTACHMENT B, are present in the above-referenced SUBJECT PARCEL, identified in ATTACHMENT A.

  Respectfully submitted this 25th day of July, 2022.

            *s/David Wiggins*
            David Wiggins
            United States Postal Inspector

Submitted, attested to, and acknowledged before me by reliable electronic means on July 25th, 2022.

            BY THE COURT:

_____
HONORABLE S. KATO CREWS
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

**This Application and Affidavit was reviewed and submitted by AUSA Brad Giles.**